IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RONNIE COVINGTON, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:19-cv-00412 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| B. WOODARD, *et al.*, | ) |     United States District Judge |
|     Defendants. | ) | |

**MEMORANDUM OPINION**

Plaintiff Ronnie Covington, a Virginia inmate proceeding *pro se,* filed this civil action pursuant to *Bivens v. Six Unknown Names Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). By order entered June 25, 2019, the court denied Covington's motion for leave to proceed *in forma pauperis* and directed him to pay the filing fee within twenty days. *See* Dkt. No. 8. The court warned Covington that failure to pay the filing fee within the time allotted would result in dismissal of the action without prejudice. *Id.* The time to comply has passed, and Covington has not paid the filing fee or otherwise responded to the court's order. Accordingly, the court will dismiss this action without prejudice for failure to comply.

An appropriate order will be entered.

Entered: July 31, 2019.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge